**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| 12. A device editor system for programming a target microcontroller device, comprising: | The accused product disclosed is a device editor system (e.g., STMicroelectronics- STM32CubeMX software) for programming a target microcontroller device (e.g., STM32 Series Microcontroller).<br><br>As shown below, the accused software system, STMicroelectronics- STM32CubeMX performs programming (e.g., advanced editing, compiling, and debugging features with the addition of MCU-specific debugging views, code trace and profiling, multicore debugging) of a target microcontroller (e.g., STM32 Series Microcontroller).<br><br><br>https://www.st.com/en/development-tools/stm32cubemx.html |

### LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | STM32CubeMX is a graphical tool that allows a very easy configuration of STM32 microcontrollers and microprocessors, as well as the generation of the corresponding initialization C code for the Arm® Cortex®-M core or a partial Linux® Device Tree for Arm® Cortex®-A core), through a step-by-step process. The first step consists in selecting either: an STMicrolectronics STM32 microcontroller, micropocessor or a development platform, which matches the required set of peripherals, or an example running on a specific development platform. <br><br>  <br><br> For microprocessors, the second step allows to configure the GPIOs and the clock setup for the whole system, and to interactively assign peripherals either to the Arm® Cortex®-M or to the Cortex®A world. Specific utilities, such as DDR configuration and tuning, make it easy to get started with STM32 microprocessors. For Cortex®-M core, the configuration includes additional steps that are exactly similar to those described for microcontrollers. <br><br> For microcontrollers and microprocessor Arm® Cortex®-M, the second step consists in configuring each required embedded software thanks to a pinout-conflict solver, a clock-tree setting helper, a power-consumption calculator, and an utility that configures the peripherals (such as GPIO or USART) and the middleware stacks (such as USB or TCP/IP). <br><br> https://www.st.com/en/development-tools/stm32cubemx.html |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | **All features**<br><br>○ Intuitive STM32 microcontroller and microprocessor selection<br><br>○ Rich easy-to-use graphical user interface allowing the configuration of:<br><br>  • Pinout with automatic conflict resolution<br>  • Peripherals and middleware functional modes with dynamic validation of parameter constraints for Arm® Cortex®-M core<br>  • Clock tree with dynamic validation of the configuration<br>  • Power sequence with estimated consumption results<br><br>○ Generation of initialization C code project, compliant with IAR™, Keil® and STM32CubeIDE (GCC compilers) for Arm®Cortex®-M core<br><br>○ Generation of a partial Linux® Device Tree for Arm® Cortex®-A core (STM32 microprocessors)<br><br>○ Development of enhanced STM32Cube Expansion Packages thanks to STM32PackCreator<br><br>○ Integration of STM32Cube Expansion packages into the project<br><br>○ Availability as standalone software running on Windows®, Linux® and macOS® (macOS® is a trademark of Apple Inc. registered in the U.S. and other countries.) operating systems and 64-bit Java Runtime environment<br><br>https://www.st.com/en/development-tools/stm32cubemx.html |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | <br>https://www.youtube.com/watch?v=szMGedsp9jc |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| |  https://www.youtube.com/watch?v=szMGedsp9jc |

**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | <br>https://www.youtube.com/watch?v=szMGedsp9jc |
| a user module selection workspace for | The accused product utilizes a user module selection workspace (e.g., "Package" user interface) for providing a plurality of selectable pre-configured user modules for programming said target microcontroller device (e.g., plurality of available packages for Processor). |

**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| providing a plurality of selectable pre-configured user modules for programming said target microcontroller device; | <br>https://www.youtube.com/watch?v=szMGedsp9jc |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
|  |  https://www.youtube.com/watch?v=szMGedsp9jc |
| a user module placement workspace for placing selected user modules of said plurality of user modules; and | The accused product utilizes a user module placement workspace (e.g., Package View) for placing selected user modules (e.g., selected packages for Processor) of said plurality of user modules (e.g., plurality of available packages for Processor) |

<u>**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**</u>

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| |  https://www.youtube.com/watch?v=szMGedsp9jc |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | <br>https://www.youtube.com/watch?v=szMGedsp9jc |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | <br>https://www.youtube.com/watch?v=szMGedsp9jc |

**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
|  |  https://www.youtube.com/watch?v=szMGedsp9jc |
| a user module pin out workspace for | The accused product utilizes a user module pin out workspace (e.g., Pins view on the left) for providing pin out parameterization (e.g., Pin Specification, Use peripheral, etc.) for said selected user modules (e.g., selected package for Processor). |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| providing pin out parameterization for said selected user modules. | **All features**<br><br>○ Intuitive STM32 microcontroller and microprocessor selection<br>○ Rich easy-to-use graphical user interface allowing the configuration of:<br>  • Pinout with automatic conflict resolution<br>  • Peripherals and middleware functional modes with dynamic validation of parameter constraints for Arm® Cortex®-M core<br>  • Clock tree with dynamic validation of the configuration<br>  • Power sequence with estimated consumption results<br>○ Generation of initialization C code project, compliant with IAR™, Keil® and STM32CubeIDE (GCC compilers) for Arm®Cortex®-M core<br>○ Generation of a partial Linux® Device Tree for Arm® Cortex®-A core (STM32 microprocessors)<br>○ Development of enhanced STM32Cube Expansion Packages thanks to STM32PackCreator<br>○ Integration of STM32Cube Expansion packages into the project<br>○ Availability as standalone software running on Windows®, Linux® and macOS® (macOS® is a trademark of Apple Inc. registered in the U.S. and other countries.) operating systems and 64-bit Java Runtime environment<br><br>https://www.st.com/en/development-tools/stm32cubemx.html |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=szMGedsp9jc |

**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | <br>https://www.youtube.com/watch?v=szMGedsp9jc |
| 24. A method for designing a microcontroller device using a design system | The accused product utilizes a method for designing a microcontroller device (e.g., STM32 series microcontroller) using a design system (e.g., STM32CubeMX software) having modularized user component modules (e.g., packages for Processor) defining functional components (e.g., Pin Specification, Use peripheral, etc.). |

<u>**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**</u>

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| having modularized user component modules defining functional components, comprising: | As shown below, the accused software system, STMicroelectronics- STM32CubeMX performs designing (e.g., advanced editing, compiling, and debugging features with the addition of MCU-specific debugging views, code trace and profiling, multicore debugging) of a microcontroller (e.g., STM32 series microcontroller).<br><br><br>https://www.st.com/en/development-tools/stm32cubemx.html |

**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| |  |

https://www.youtube.com/watch?v=szMGedsp9jc

**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | https://www.youtube.com/watch?v=szMGedsp9jc  https://www.youtube.com/watch?v=szMGedsp9jc |

EXHIBIT 2, p. 18

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
|  | <br>https://www.youtube.com/watch?v=szMGedsp9jc |
| providing a selection workspace for | The accused product utilizes a method for providing a selection workspace (e.g., "Package" user interface) for selection among a plurality of selectable user modules each pre-configured components for programming in a target microcontroller (e.g., plurality of available packages for Processor). |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| selection among a plurality of selectable user modules each pre-configured components for programming in a target microcontroller; | <br><br>https://www.youtube.com/watch?v=szMGedsp9jc |

**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| |  https://www.youtube.com/watch?v=szMGedsp9jc |
| providing a user module placement workspace for placing selected ones of said plurality of user modules within | The accused product utilizes a method for providing a user module placement workspace (e.g., Package View) for placing selected ones of said plurality of user modules (e.g., plurality of available packages for Processor) within allowable hardware resources (e.g., resources allowable for Processors: STM32 series Microcontroller utilized by a STM32CubeMX software. |

<u>LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508</u>

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| allowable hardware resources; and |  https://www.st.com/en/development-tools/stm32cubemx.html |

**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| |  https://www.youtube.com/watch?v=szMGedsp9jc |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | <br>https://www.youtube.com/watch?v=szMGedsp9jc |

**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | <br>https://www.youtube.com/watch?v=szMGedsp9jc |
| providing a pin out workspace for specifying | The accused product utilizes a method for providing a pin out workspace (e.g., Pins view on the left) for specifying pin out information (e.g., Pin Specification, Use peripheral, etc.) placed and selected user modules (e.g., selected packages for Processor). |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| pin out information placed and selected user modules. | **All features**<br><br>○ Intuitive STM32 microcontroller and microprocessor selection<br>○ Rich easy-to-use graphical user interface allowing the configuration of:<br>  • Pinout with automatic conflict resolution<br>  • Peripherals and middleware functional modes with dynamic validation of parameter constraints for Arm® Cortex®-M core<br>  • Clock tree with dynamic validation of the configuration<br>  • Power sequence with estimated consumption results<br>○ Generation of initialization C code project, compliant with IAR™, Keil® and STM32CubeIDE (GCC compilers) for Arm®Cortex®-M core<br>○ Generation of a partial Linux® Device Tree for Arm® Cortex®-A core (STM32 microprocessors)<br>○ Development of enhanced STM32Cube Expansion Packages thanks to STM32PackCreator<br>○ Integration of STM32Cube Expansion packages into the project<br>○ Availability as standalone software running on Windows®, Linux® and macOS® (macOS® is a trademark of Apple Inc. registered in the U.S. and other countries.) operating systems and 64-bit Java Runtime environment<br><br>https://www.st.com/en/development-tools/stm32cubemx.html |

**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| |  |

**LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508**

*Preliminary based on best available information*

| Pat. 6,701,508 | STMicroelectronics- STM32CubeMX ("Accused Product") |
|---|---|
| | <br>https://www.youtube.com/watch?v=szMGedsp9jc |

## LAZER IP LLC CLAIM CHARTS Re Pat. 6,701,508

*Preliminary based on best available information*