IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAZER IP LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>STMICROELECTRONICS, INC,<br><br>　　　　　Defendant. | Case No.  1:21-cv-01029-RGA |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Lazer IP LLC hereby files this voluntary Notice of Dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment.

Accordingly, Pearl IP Licensing LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1).

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ George Pazuniak*
　　　　　　　　　　　　　　　　　　　　　George Pazuniak (DE Bar No. 478)
　　　　　　　　　　　　　　　　　　　　　O'Kelly & O'Rourke, LLC
　　　　　　　　　　　　　　　　　　　　　824 North Market Street, Suite 1001A
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　Phone: (302) 478-4230
　　　　　　　　　　　　　　　　　　　　　gp@del-iplaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*